CHARLES NEELY, Respondent, v. HENRY MUNNICH, Appellant.

APPEAL from an order of Special Term.

Hastings & Gleason, for appellant.

A. A. Joseph, for respondent.

McCARTHY, J. The judgment having been satisfied, the order appealed from was justifiable and is affirmed, with costs.

SCHUCHMAN and OLCOTT, JJ., concur.

Order affirmed, with costs.

---

GEORGE WHITMAN, Respondent, v. WILLIAM SEIBERT, Appellant.

J. H. Damnholz, for appellant.

F. Solinger, for respondent.

McCARTHY, J. In view of the circumstances surrounding this transaction, I think the order appealed from was right. Particularly for the reason assigned by the Special Term justice, in his opinion appearing on page 16 of printed record. Order affirmed, with costs and disbursements.

SCHUCHMAN, J., concurs.

Order affirmed, with costs and disbursements.